Priority
Send
Enter       X
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES--GENERAL

Case No.   CV 01-05472 GHK (RZ)                        Date: **September 6, 2001**

Title:   **JOSE ALFREDO DELGADO v. ARTHUR CALDERON, WARDEN**

---

PRESENT:   **HON. RALPH ZAREFSKY, UNITED STATES MAGISTRATE JUDGE**

Ilene Bernal
Deputy Clerk

---

ATTORNEY FOR PLAINTIFF:                ATTORNEY FOR DEFENDANT:

None Present                           None Present

**PROCEEDINGS: IN CHAMBERS**

The Clerk shall serve the First Amended Petition on Respondent. The Court's Order Requiring Response to Petition, filed July 16, 2001, shall govern the response to the amended petition.

cc:   parties of record

MINUTES FORM 11                                                  Initials of Deputy Clerk
CIVIL-GEN                                                                          igb